JS-6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| YING WANG,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID M. RADEL, Director of USCIS Los Angeles Asylum Office,<br><br>　　　　Defendant. | No. 2:23-cv-02948-SB-E<br><br>**ORDER DISMISSING CASE**<br><br>Hon. Stanley Blumenfeld, Jr.<br>United States District Judge |

　　IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to the terms of the parties' Joint Stipulation to Dismiss.

Dated: June 14, 2023

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE

1